AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

STEPHEN GRAY, individually and on behalf of all others similarly situated, Plaintiff

V.

CITIGROUP INC., et al., Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9790

JUDGE STEIN

TO: (Name and address of Defendant)

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMIN.
COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20
399 PARK AVENUE, NEW YORK, NY 10043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 0 5 2007

CLERK

(By) DEPUTY CLERK

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Nov. 6 2007 |
| NAME OF SERVER (PRINT) David Brown | TITLE Assistant Manager of Records, Wolfpopper LLP |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Russum Abidally - Assistant Vice President Legal Service Intake Unit

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 6, 2007      David Brown
                Date                  Signature of Server

2747 Sedgwick Ave.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.