

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN GRAY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1-20,

    Defendants.

---

No. 07-CV-9790 (SHS)

ECF Case

### STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

IT IS STIPULATED AND AGREED by and among the undersigned counsel for the parties that Defendants' time to answer, move against, or otherwise respond to the Complaint shall be extended from November 26, 2007 to January 10, 2008. This is the parties' first request for an extension of Defendants' time to answer, move against, or otherwise respond to the Complaint.

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in this action.

Dated: November 26, 2007

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Lawrence B. Pedowitz (LP-9718)
George T. Conway (GC-3181)
Jonathan M. Moses (JM-9049)
John F. Lynch (JL-6661)
51 West 52nd Street
New York, New York 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Citigroup Inc., the Plans Administrative Committee of Citigroup Inc., and the Investment Committee of Citigroup Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp (BK-3702)
Lewis R. Clayton (LC-7207)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 492-3990

*Attorneys for Citigroup Inc., Charles Prince, the Plans Administrative Committee of Citigroup Inc., and the Investment Committee of Citigroup Inc.*

WOLF POPPER LLP

By: _____

Marian P. Rosner (MR-0410)
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Attorneys for Plaintiff*

SO ORDERED: 11/27/07

_____
Hon. Sidney H. Stein, U.S.D.J.

-3-