UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GRAY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                Plaintiff,

    -against-

CITIGROUP INC., CHARLES PRINCE, THE
PLANS ADMINISTRATIVE COMMITTEE OF
CITIGROUP INC., THE 401(K) INVESTMENT
COMMITFEE, AND JOHN DOES 1-20,

                Defendants.

Civil Action No.: 07 CIV 9790
(SHS) (DCF)


**PLAINTIFF CHRIS SOUTHARD'S RESPONSE TO THE GRAY AND TADROS
PLAINTIFFS' MOTION FOR (1) CONSOLIDATION (2) APPOINTMENT OF LEAD
PLAINTIFFS AND LEADERSHIP STRUCTURE AND (3) ENTRY OF [PROPOSED]
PRETRIAL ORDER NO 1**

      December 11, 2007, Plaintiff Chris Southard filed a complaint against Citigroup, Inc., and certain of its directors, officers, and employees, for violations of the Employee Retirement Income Security Act.  See Southard v. Citigroup, Inc., et al., No. 07-11164 (SHS). Plaintiff Southard does not oppose the Motion of the Gray and Tadros Plaintiffs for consolidation, appointment of lead plaintiffs, and the appointment of Wolf Popper LLP and Harwood Feffer LLP as co-lead counsel to prosecute the consolidated ERISA action, see Gray v. Citigroup, Inc., et al., No. 07-cv-09790-SHS, Docket No. 3, filed on November 26, 2007, and joins in that Motion.

Dated: December 12, 2007

**GAINEY & McKENNA**

S/_____
Thomas J. McKenna (TM-7109)
295 Madison Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-1300

*Attorneys for Plaintiff Chris Southard*

| | |
|---|---|
| SHAUN ROSE, Individually and On Behalf of All Others Similarly Situated, | Civil Action No: 07 Civ. 10294 (DC) |
| Plaintiff, | |
| v. | |
| CITIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATTVE COMMITTEE OF CITIGROUP INC., THE 40 1(k) INVESTMENT COMMITTEE, and JOHN DOES 1 10, | |
| Defendants. | |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated, | Civil Action No: 07 Civ. 10341 (UA) |
| Plaintiff, | |
| v. | |
| C1TIGROUP INC., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 40 1(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20, | |
| Defendants. | |
| ANTON RAPPOLD, individually and on behalf of all others similarly situated, | Civil Action No: 07 Civ. 10396 (UA) |
| Plaintiff, | |
| v. | |
| CITIGROUP INC., CITIBANK, N.A.,, CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 40 1(k) INVESTMENT COMMITTEE, and JOHN and JANE DOES 1 - 10, | |
| Defendants. | |

| | |
|---|---|
| SAMIER TADROS, on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITIGROUP INC., CHARLES 0. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. L1VERJS, ANNE M[JLCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEiNG CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) and JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN),<br><br>　　　　　　　Defendants. | Civil Action No: 07 Civ. 10442 (CIA) |
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITIGROUP INC., CITIBANK N.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>　　　　　　　Defendants. | Civil Action No: 07 Civ. 10458 (SHS) |

| | |
|---|---|
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>CITIGROUP INC., CITIBANKN.A., CHARLES PRINCE, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN DOES 1 - 20,<br><br>                      Defendants. | Civil Action No: 07 Civ. 10472 (UA) |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401 (K) PLAN FOR PUERTO RICO, and all others similarly,<br><br>                      Plaintiff,<br><br>                      v.<br><br>CITIGROUP, INC., CITIBANK, N.A., THE PLAN ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., MICHAEL E. SCHLEIN, JOHN DOES 1-10, THE<br>CITIGROUP 40 1(k) PLAN INVESTMENT COMMITTEE and JOHN DOES 10-20, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID,<br>KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ, ANN DIBBLE JORDAN, ANDREW N. LIVERIS, DUDLEY C. MECUM, ANNE M. MULCAHY, RICHARD D. PARSONS, ANDRALL E. PEARSON, CHARLES PRINCE, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, SANFORD I. WEILL,<br><br>                      Defendants. | Civil Action No; 07 Civ. 10461 (UA) |

| | |
|---|---|
| CHRIS SOUTHARD, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Civil Action No.: 07-CV-11164 (SHS) |
| Plaintiff, | |
| -against- | |
| CITIGROUP INC., CHARLES O. PRINCE, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANN DIBBLE JORDAN, KLAUS KLEINFELD, ANDREW N. LIVERIS, ANNE MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT E. RUBIN, FRANKLIN A. THOMAS, JOHN DOES 1-20 (BEING CURRENT AND FORMER MEMBERS OF THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC.) AND JOHN DOES 21-40 (BEING CURRENT AND FORMER MEMBERS OF THE INVESTMENT COMMITTEE OF THE CITIGROUP INC. 401(K) PLAN, | |
| Defendants. | |