# CERTIFICATE OF SERVICE

I, Jeffrey H. Squire, hereby certify that I am over the age of 18 years, am not a party to this action, and that on December 11, 2007, I caused a true and correct copy of Plaintiff Meredith Tranberg's Response to the *Gray* and *Tadros* Plaintiffs' Motion for (1) Consolidation (2) Appointment of Lead Plaintiffs and Leadership Structure and (3) Entry of [Proposed] Pretrial Order No. 1 to be served on counsel of record identified on the service list attached, in the manner indicated.

                            s/ Jeffrey H. Squire
                            Jeffrey H. Squire

**CITIGROUP ERISA LITIGATION**
**SERVICE LIST**

**Counsel For Defendants:** (Via Overnight Delivery)

Lawrence B. Pedowitz, Esq.
John Lynch, Esq.
Bradley R. Wilson, Esq.
WATCHELL, LIPTON, ROSEN & KATZ LLP
51 West 52nd Street
New York, NY 10019
Tel:   (212) 403-1000
Fax:   (212) 403-2000

Attorneys for Defendants Citigroup, Inc., et al.

Lewis R. Clayton, Esq.
PAUL WEISS RIFKIN WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3990

Attorneys for Defendants Citigroup, Inc. et al.

**Counsel for Plaintiffs:**  (Via ECF)

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Tel:   (212) 935-7400
Fax:   (212) 753-3630

Attorneys for Plaintiff Samier Tadros
(07cv10442-SHS)

Susan Salvetti, Esq.
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, NY 10010
Tel:   (212) 223-3900
Fax:   (212) 371-5969

Attorneys for Plaintiff Anton Rappold
(07cv10396-UA)

Ann D. White, Esq.
ANN D. WHITE LAW OFFICES, P.C.
165 Township Line Rd Ste 2400
Jenkintown, PA 19046-3535
Tel:   (215) 481-0273

Attorneys for Plaintiff Stephan Fiorino
(07cv10458-UA)

Marian P. Rosner, Esq.
Andrew E. Lencyk, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Tel:   (212) 759-4600

Attorneys for Plaintiffs Stephen Gray, 07 Civ. 9790 (SHS) (DCF), and James Bolla 07 Civ. 10461 (UA)

| | |
|---|---|
| Gerald D. Wells III, Esq.<br>Joseph H. Meltzer, Esq.<br>Edward W. Ciolko, Esq.<br>SCHIFFRIN & BARROWAY, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:    (610) 667-7706<br>Fax:   (610) 667-7056<br><br>Attorneys for Plaintiff Shaun Rose<br>(07cv10294-DC)<br><br>Robert A. Izard<br>SCHATZ NOBEL IZARD P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290<br>rizard@snilaw.com<br><br>Attorneys for Plaintiff Mark Geroulo<br>(07cv10472-UA) | Ronen Sarraf (RS-7694)<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>485 Seventh Avenue, Suite 1005<br>New York, New York 10018<br>T: 212-868-3610<br>F: 212-918-7967<br><br>Attorneys for Plaintiff Mark Geroulo<br>(07cv10472-UA)<br><br>Milo Silberstein<br>DEALY & SILBERSTEIN, LLP<br>225 Broadway, Suite 1405<br>New York, New York 10007<br>T: (212) 385-0066<br><br><br><br>Attorneys for Plaintiff Shaun Rose<br>(07cv10294-DC) |