AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

Stephen Gray, individually and on behalf of all others similarly situated

        Plaintiff

v.

Citigroup Inc., et al.,

        Defendants

**APPEARANCE**

Case Number: 07-9790

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARK GEROULO

I certify that I am admitted to practice in this court.

| 12/21/07 | [signature] |
|---|---|
| Date | Signature |

| William Bernarduci | WB 5785 |
|---|---|
| Print Name | Bar Number |

20 Church Street
Address

| Hartford | CT | 06103 |
|---|---|---|
| City | State | Zip Code |

| (860) 493-6292 | (860) 493-6290 |
|---|---|
| Phone Number | Fax Number |