Transcript of Merck Lead Plaintiff hearing and decision

1

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
 2              CIVIL ACTION NO. 05-1157

 3

 4  IN RE:  MERCK LITIGATION              MOTIONS FOR LEAD
                                          PLAINTIFF AND LEAD
 5                                        PLAINTIFFS' COUNSEL

 6

    ---------------------------
 7
                                April 18, 2005
 8                              402 E. State Street
                                Trenton, New Jersey
 9

10

11  B E F O R E:  HONORABLE STANLEY R. CHESLER, USDJ

12

13

14  Pursuant to Section 753 Title 28 United States Code, the
    following transcript is certified to be an accurate record
15  as taken stenographically in the above-entitled proceedings.

16

17  JACQUELINE KASHMER
    Official Court Reporter
18

19

20

21
                  JACQUELINE KASHMER, C.S.R., C.R.R.
22                   OFFICIAL COURT REPORTER
                          P. O. Box 12
23                    Pittstown, NJ 08867
                        (609) 656-2595
24

25
```

☐

2

Transcript of Merck Lead Plaintiff hearing and decision

```
 1
    A P P E A R A N C E S:
 2

 3
           TRUJILLO, RODRIGUEZ & RICHARDS, LLC
 4         8 Kings Highway West
           Haddonfield, NJ 08033
 5         BY:  LISA J. RODRIGUEZ, ESQ.,
           For Cimato and Blossom Plaintiffs
 6

 7
           SCHATZ & NOBEL
 8         20 Church Street
           Hartford, CT 06103
 9         BY:  ROBERT A. IZARD, JR., ESQ.,
                WAYNE BOULTON, ESQ.,
10         For Cimato Plaintiffs

11

12         KELLER, ROHRBACK, LLP
           1201 Third Avenue - Suite 3200
13         Seattle, WA 98101
           BY:  JULI FARRIS DESPER, ESQ.,
14         For Cimato Plaintiffs

15

16         LITE, DE PALMA, GREENBERG & RIVAS
           Two Gateway Center
17         Newark, NJ 07102
           BY:  JOSEPH DE PALMA, ESQ.,
18         For Mortensen Plaintiffs

19

20         SCHIFFRIN & BARROWAY, LLP
           280 King of Prussia Road
21         Radnor, PA 19087
           BY:  JOSEPH H. MELTZER, ESQ.,
22             STUART BERMAN, ESQ.,
           For Mortensen Plaintiffs
23

24

25
```

᠎

3

Transcript of Merck Lead Plaintiff hearing and decision

```
 1
      A P P E A R A N C E S:
 2

 3
              JOHNSON & PERKINSON
 4            1690 Williston Road
              P.O. Box 2305
 5            S. Burlington, VT 05403
              BY:  JACOB B. PERKINSON, ESQ.,
 6            For Plaintiff Horne

 7

 8            COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
              One S. Broad Street - Suite 1850
 9            Philadelphia, PA 19107
              BY:  MARC MACHIZ, ESQ.,
10            For Plaintiff Denise Burtoff

11

12            COHN, LIFLAND, PEARLMAN, HERMANN & KNOPF
              Park 80 Plaza West One
13            Saddle Brook, NJ 07663
              BY:  LEONARD Z. KAUFMANN, ESQ.,
14            For Ugwuneri Plaintiffs

15

16            SCOTT & SCOTT
              P.O. Box 192
17            Colchester, CT 06415
              BY:  NEIL ROTHSTEIN, ESQ.,
18            For Ugwuneri Plaintiffs

19

20            CHIMICLES & TIKELLIS
              361 W. Lancaster Avenue
21            Haverford, PA
              BY:  JAMES R. MALONE, JR., ESQ.,
22            For Ugwuneri Plaintiffs

23

24

25
```

☐

4

```
 1
      A P P E A R A N C E S:
 2
```

Transcript of Merck Lead Plaintiff hearing and decision

3

4    MILBERG, WEISS, BERSHAD & SCHULMAN, LLP
    One Pennsylvania Plaza - 49th Floor
    New York, NY 10119
5    BY: DAVID BROWER, ESQ.,
      RICHARD WEISS, ESQ.,
6      BRUCE BERNSTEIN, ESQ.,
    For Plaintiffs in the Securities Action
7

8

    LERACH, COUGHLIN, STOIA, GELLER, RUDMAN &
9    ROBBINS, LLP
    401 B Street - Suite 1700
10   San Diego, CA 92101
    BY: TRAVIS E. DOWNS, III, ESQ.,
11   For Proposed Derivative Plaintiffs

12

13   CRAVATH, SWAINE & MOORE, LLP
    Worldwide Plaza
14   825 Eighth Avenue
    New York, NY 10019-7475
15   BY: ROBERT BARON, ESQ.,
    For the Defendants
16

17

    HUGHES, HUBBARD & REED
18   1775 I Street, N.W.
    Washington, DC 20006-2401
19   BY: WILLIAM STEIN, ESQ.,
      ROBERTA KOSS, ESQ.,
20   For the Defendants

21

22

23

24

25

0

5

1    THE COURT:  It's still just barely good morning,

2  so, good morning, everybody.  Enter your appearances,

3  counsel.

Transcript of Merck Lead Plaintiff hearing and decision

1    firm in this case or any another firm is because of what
2    happened in the Halliburton case, pure and simple. But we
3    can move forward today. But instead, Mr. Izard is putting a
4    road block and he is saying no. Why? Why can't we move
5    forward? That's my argument. And that man, he worked for
6    Merck. He's the one who has a say here, not me, not them,
7    not them. That's who we're here for. Thank you, your
8    Honor.
9           THE COURT: Thank you. Is there anything further?
10          MR. IZARD: Only if you have any questions, your
11   Honor.
12          THE COURT: No, I don't. I'm satisfied based upon
13   what I've heard that the Cimato plaintiffs' proposal is
14   indeed one which the Court, in fact, should and must adopt.
15   I've read your papers with interest. While I read it with
16   interest, quite frankly, I also read it with distress.
17          Frankly, I look forward to the day when something
18   vaguely resembling the PSLRA and its selection process can
19   be enacted to govern lawsuits like this.
20          This Court regards the type of skirmishing, sniping
21   that are disclosed in these papers to be distasteful. The
22   Cimato plaintiffs have presented a proposal which makes a
23   good deal of sense to the Court. From the Court's point of
24   view, there can only be one objective in selecting lead
25   plaintiffs and lead counsel and, that is, to come up with a

24

Transcript of Merck Lead Plaintiff hearing and decision
1   selection which, in fact, makes certain that a group which

2   can effectively, intelligently and vigorously represent the

3   interests of the potential ERISA class members is put

4   together.

5           This Court could not care less about who's fighting

6   to get what piece of what pie in terms of attorneys.  Quite

7   frankly, the Court does not regard class action litigation

8   as being another variant of the attorneys' full employment

9   act of 2005.

10          Quite frankly, it doesn't matter if some law firms

11  get a bigger piece of the business and some law firms do

12  not.

13          In short, the issue is which law firms can make

14  this lawsuit move most effectively and intelligently for a

15  plaintiff class.

16          The Court read, for example, the papers from

17  counsel for plaintiff Horne suggesting that in some manner

18  or other the law firms in the ERISA class action litigation

19  have created a closed club and that they are valiantly

20  trying to break into that club.  I applaud them for their

21  efforts.  That's good business development, but from the

22  Court's point of view, what is intelligent selection of

23  attorneys is picking a group of attorneys who, in fact, have

24  substantial experience and heft in this area, and there is

25  no doubt from looking through the applications of this Court

0

1   that the Cimato plaintiffs' structure indeed has that.

2           While Schatz & Nobel may not have that many
                        Page 23

Transcript of Merck Lead Plaintiff hearing and decision

3  attorneys, there are more than an adequate number of

4  attorneys in the firms which have agreed to sign on to that

5  proposal.  What is clear is that Schatz & Nobel does have

6  substantial experience in this area and much more experience

7  than other contenders.

8        The Court is satisfied that that, coupled with the

9  experience of the other counsel who have joined that group,

10  make it far and away the most appropriate proposal that's

11  been submitted to this Court.

12        The Court is prepared to adopt that proposal,

13  including the appointment to leadership positions in that

14  proposal of Scott & Scott and the Johnson & Perkinson firms.

15  Of course, if either firm does not wish such an appointment,

16  they can tell me now and I'll be glad to accommodate them.

17        MR. ROTHSTEIN:  What's the position, your Honor?

18        THE COURT:  The position, as I understand it in

19  their proposal, is participation in the discovery committee.

20  Is that correct?

21        MR. IZARD:  Yes, your Honor.

22        MR. ROTHSTEIN:  We'll accept it.

23        MR. PERKINSON:  Your Honor, we're happy to accept

24  to work with lead counsel.  Thank you.

25        THE COURT:  Fine.  As I said, the proposal

26

1  submitted by the Cimato group will be adopted by the Court.

2  The Cimato group lead plaintiff structure will also be

3  adopted by the Court and the Court will enter an appropriate