UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
STEPHEN GRAY, individually and on　　　　:
behalf of all others similarly situated,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　:　　Civil Action No: 07 Civ. 9790 (SHS)
v.　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
CITIGROUP INC., CHARLES PRINCE,　　　:
THE PLANS ADMINISTRATIVE　　　　　　:
COMMITTEE OF CITIGROUP INC.,　　　　　:
THE 401(k) INVESTMENT　　　　　　　　　　:
COMMITTEE, and JOHN DOES 1 - 20,　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　　　　:
------------------------------------------------------x
SHAUN ROSE, Individually and On　　　　　:
Behalf of All Others Similarly Situated,　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　:　　Civil Action No: 07 Civ. 10294
v.　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
CITIGROUP INC., CHARLES PRINCE,　　　:
THE PLANS ADMINISTRATIVE　　　　　　:
COMMITTEE OF CITIGROUP INC.,　　　　　:
THE 401(k) INVESTMENT　　　　　　　　　　:
COMMITTEE, and JOHN DOES 1 - 10,　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　　　　:
------------------------------------------------------x
MEREDITH TRANBERG, individually　　　：
and on behalf of all others similarly situated :
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　:　　Civil Action No: 07 Civ. 10341
v.　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
CITIGROUP INC., CHARLES PRINCE,　　　:
THE PLANS ADMINISTRATIVE　　　　　　:
COMMITTEE OF CITIGROUP INC.,　　　　　:
THE 401(k) INVESTMENT　　　　　　　　　　:
COMMITTEE, and JOHN DOES 1 - 20,　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　　　　:
------------------------------------------------------x

992319.1

```
-------------------------------------------------------x
ANTON RAPPOLD, individually and on         :
behalf of all others similarly situated,   :
                                           :
          Plaintiff,                       :   Civil Action No: 07 Civ. 10396
v.                                         :
                                           :
CITIGROUP INC., CITIBANK, N.A.,            :
CHARLES PRINCE, THE PLANS                  :
ADMINISTRATIVE COMMITTEE OF                :
CITIGROUP INC., THE 401(k)                 :
INVESTMENT COMMITTEE, and JOHN             :
and JANE DOES 1 - 10,                      :
                                           :
          Defendants.                      :
-------------------------------------------------------x
SAMIER TADROS, on Behalf of All            :
Others Similarly Situated,                 :
                                           :
          Plaintiff,                       :   Civil Action No: 07 Civ. 10442
v.                                         :
                                           :
CITIGROUP INC., CHARLES O.                 :
PRINCE, C. MICHAEL ARMSTRONG,              :
ALAIN J.P. BELDA, GEORGE DAVID,            :
KENNETH T. DERR, JOHN M. DEUTCH,           :
 ROBERTO HERNANDEZ RAMIREZ,                :
ANN DIBBLE JORDAN, KLAUS                   :
KLEINFELD, ANDREW N. LIVERIS,              :
ANNE MULCAHY, RICHARD D.                   :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                 :
OF THE PLANS ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP INC.)               :
and JOHN DOES 21-40 (BEING                 :
CURRENT AND FORMER MEMBERS                 :
OF THE INVESTMENT COMMITTEE                :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                           :
          Defendants.                      :
-------------------------------------------------------x
```

992319.1

```
------------------------------------------------------x
STEPHAN FIORINO, individually and on          :
behalf of all others similarly situated,       :
                                               :
              Plaintiff,                       :   Civil Action No: 07 Civ. 10458
v.                                             :
                                               :
CITIGROUP INC., CITIBANK N.A.,                 :
CHARLES PRINCE, THE PLANS                      :
ADMINISTRATIVE COMMITTEE OF                    :
CITIGROUP INC., THE 401(k)                     :
INVESTMENT COMMITTEE, and                      :
JOHN DOES 1 - 20,                              :
                                               :
              Defendants.                      :
------------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,             :
                                               :
              Plaintiff,                       :   Civil Action No: 07 Civ. 10461
v.                                             :
                                               :
CITIGROUP INC., CITIBANK N.A.,                 :
CHARLES PRINCE, THE PLANS                      :
ADMINISTRATIVE COMMITTEE OF                    :
CITIGROUP INC., THE 401(k)                     :
INVESTMENT COMMITTEE, and                      :
JOHN DOES 1 - 20,                              :
                                               :
              Defendants.                      :
------------------------------------------------------x
```

```
---------------------------------------------------------x
MARK GEROULO, individually, on behalf  :
of the CITIGROUP 401(k) Plan, the
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
               Plaintiff,              :         Civil Action No: 07 Civ. 10472
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.
MECUM, ANNE M. MULCAHY,
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
               Defendants.             :
---------------------------------------------------------x
```

------------------------------------------------------x
ALAN STEVENS, on Behalf of Himself            :
and All Others Similarly Situated,            :
                                              :
        Plaintiff,                   :         Civil Action No: 07 Civ. 11156
v.                                            :
                                              :
CITIGROUP INC., CITIBANK, N.A,                :
CHARLES PRINCE, C. MICHAEL                    :
ARMSTRONG, ALAIN J.P. BELDA,                  :
GEORGE DAVID, KENNETH T. DERR,                :
JOHN M. DEUTCH, PETER JOHNSON,                :
ROBERTO HERNANDEZ RAMIREZ,                    :
ANDREW N. LIVERIS, ANNE                       :
MULCAHEY, RICHARD D. PARSONS,                 :
JUDITH RODIN, ROBERT E. RUBIN,                :
ROBERT L. RYAN, FRANKLIN A.                   :
THOMAS, THE PLANS                             :
ADMINISTRATION COMMITTEE OF                   :
CITIGROUP, INC., THE INVESTMENT               :
COMMITTEE and JOHN DOES 1-30,                 :
                                              :
        Defendants.                  :
------------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of               :
Himself and a Class of Persons Similarly      :
Situated,                                     :
                                              :
        Plaintiff,                   :         Civil Action No: 07 Civ. 11158
v.                                            :
                                              :
CITIGROUP INC., THE PLANS                     :
ADMINISTRATION COMMITTEE OF                   :
CITIGROUP, INC., MICHAEL E.                   :
SCHLEIN, CHARLES PRINCE, C.                   :
MICHAEL ARMSTRONG, ALAIN J.P.                 :
BELDA, GEORGE DAVID, KENNETH T.               :
DERR, JOHN M. DEUTCH, ROBERTO                 :
HERNANDEZ RAMIREZ, ANDREW N.                  :
LIVERIS, ANNE MULCAHEY,                       :
RICHARD D. PARSONS, JUDITH                    :
RODIN, ROBERT E. RUBIN, ROBERT L.             :
RYAN, AND FRANKLIN A. THOMAS,                 :
And JOHN DOES 1-30,                           :
                                              :
        Defendants.                  :

992319.1

```
-------------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All           :
Others Similarly Situated,                 :
                                           :
                Plaintiff,                 :    Civil Action No: 07 Civ. 11164
v.                                         :
                                           :
CITIGROUP INC., CHARLES O.                 :
PRINCE, C. MICHAEL ARMSTRONG,              :
ALAIN J.P. BELDA, GEORGE DAVID,            :
KENNETH T. DERR, JOHN M. DEUTCH,           :
ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                   :
KLEINFELD, ANDREW N. LIVERIS,              :
ANNE MULCAHY, RICHARD D.                   :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                 :
OF THE PLANS ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP INC.)               :
and JOHN DOES 21-40 (BEING                 :
CURRENT AND FORMER MEMBERS                 :
OF THE INVESTMENT COMMITTEE                :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                           :
                Defendants.                :
-------------------------------------------------------
```

992319.1

---

WILLIAM and PATRICIA WOODWARD, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

CITIGROUP INC., CHARLES PRINCE, ROBERT E. RUBIN, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANN MULCAHEY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, ANN DIBBLE JORDAN, KLAUS KLEINFELD AND DUDLEY C. MECUM, and JOHN and JANE DOES 1-10,

    Defendants.

Civil Action No: 07 Civ. 11207

---

FRANCIA BRICK, individually and on Behalf of all others similarly situated,

    Plaintiff,

v.

CITIGROUP INC., CHARLES PRINCE, THE PLAN'S ADMINISTRATIVE COMMITTEE OF CITIGROUP, INC., THE 401(k) INVESTMENT COMMITTEE, And JOHN DOES 1-10,

    Defendants.

Civil Action No: 07 Civ. 11369

---

992319.1

## DECLARATION OF ROBERT A. IZARD

I, Robert A. Izard, declare as follows:

1. I am a Shareholder in the law firm Schatz Nobel Izard, P.C.

2. Attached hereto as Exhibit A is a true and correct copy of a transcript of the June 29, 2005 hearing in *In re AIG ERISA Litig.*, Master File No. 04-cv-9387 (JES) (AJP) (SDNY).

3. Attached hereto as Exhibit B is a true and correct copy of an order *In re AIG ERISA Litig.*, Master File No. 04-cv-9387 (JES) (AJP) (SDNY Aug. 3, 2005).

4. On November 29, 2007, I called Marian Rosner of Wolf Popper to request a copy of the *Tranberg* complaint. She told me that *Tranberg* was not her case and that I should call Jeff Squire of Brager Wexler. On November 30, I spoke with Mr. Squire who told me that he was out of the office and that I should call Ms. Rosner for the Complaint because *Tranberg* was actually Ms. Rosner's case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of January, 2008.

                                              /s/
                                      Robert A. Izard

992319.1