UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., *et al.*,<br><br>                    Defendants. | No. 07 Civ. 9790 (SHS)<br><br>ECF Case |
| SHAUN ROSE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., *et al.*,<br><br>                    Defendants. | No. 07 Civ. 10294 (SHS)<br><br>ECF Case |
| MEREDITH TRANBERG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., *et al.*,<br><br>                    Defendants. | No. 07 Civ. 10341 (SHS)<br><br>ECF Case |
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., *et al.*,<br><br>                    Defendants. | No. 07 Civ. 10396 (SHS)<br><br>ECF Case |
| SAMIER TADROS, on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., *et al.*,<br><br>                    Defendants. | No. 07 Civ. 10442 (SHS)<br><br>ECF Case |

| | |
|---|---|
| STEPHAN FIORINO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10458 (SHS)<br><br>ECF Case |
| JAMES BOLLA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10461 (SHS)<br><br>ECF Case |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP, INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 10472 (SHS)<br><br>ECF Case |
| ALAN STEVENS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 11156 (SHS)<br><br>ECF Case |
| STEVEN GOLDSTEIN, on behalf of himself and a class of persons similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>      Defendants. | No. 07 Civ. 11158 (SHS)<br><br>ECF Case |

| | |
|---|---|
| CHRIS SOUTHARD, on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>     Defendants. | No. 07 Civ. 11164 (SHS)<br><br>ECF Case |
| WILLIAM and PATRICIA WOODWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>     Defendants. | No. 07 Civ. 11207 (SHS)<br><br>ECF Case |
| FRANCIA BRICK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., *et al.*,<br><br>     Defendants. | No. 07 Civ. 11369<br><br>ECF Case |

### DEFENDANTS' RESPONSE TO PLAINTIFFS SHAUN ROSE AND MARK GEROULO'S SUPERSEDING MOTION FOR CONSOLIDATION

Thirteen purported ERISA class actions arising out of the same alleged operative facts concerning Citigroup's mortgage securitization business are currently pending in the Southern District of New York.[1] As the Court is aware, two motions for consolidation (by plaintiffs *Gray*, *Tadros* and *Bolla* and by plaintiff *Goldstein*) were previously filed. Defendants responded to those motions on December 13, 2007 (the

---

[1] Since the Court's December 19, 2007 Order, one additional ERISA action was filed: *Brick* v. *Citigroup Inc., et al.*, No. 07 Civ. 11369. Consistent with the December 19 Order, the caption above reflects that all the cases (except *Brick*) are now pending before Judge Stein, even though the dockets in several of these cases do not yet reflect assignment to Judge Stein.

"December 13 Response"). Since that response, plaintiffs *Rose* and *Geroulo* filed a motion for consolidation and then a superseding motion for consolidation. Pursuant to the Court's December 19, 2007 Order, Defendants respectfully submit this response to that motion.

Defendants incorporate all arguments made in the December 13 Response.[2] In particular, Defendants agree that all of the currently pending ERISA actions and any subsequently filed ERISA actions should be consolidated before Judge Stein. Defendants continue to take no position on the various requests for appointment of interim lead plaintiffs and interim lead counsel.

---

[2] As discussed in the December 13 Response, defendants continue to reserve any and all defenses, objections or arguments, including, but not limited to, lack of personal jurisdiction, improper venue, lack or insufficiency of process, or lack or insufficiency of service of process.

Dated: January 4, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP

By: _____
        Brad S. Karp (bkarp@paulweiss.com)
        Lewis R. Clayton (lclayton@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000
Fax  (212) 757-3980

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
    Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
    George T. Conway (gtconway@wlrk.com)
    Jonathan M. Moses (jmmoses@wlrk.com)
    John F. Lynch (jflynch@wlrk.com)

51 West 52nd Street
New York, New York 10019-6150
Tel.  (212) 403-1000
Fax  (212) 403-2000

*Attorneys for Defendants*