# AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On January 4, 2008, I served true copies of the attached DEFENDANTS' RESPONSE TO PLAINTIFFS SHAUN ROSE AND MARK GEROULO'S SUPERSEDING MOTION FOR CONSOLIDATION on the following:

Justin Michael Tarshis, Esq.
Zwerling, Schachter & Zwerling
41 Madison Avenue
New York, NY 10010
Attorney for Anton K. Rappold

Jeffrey H. Squire, Esq.
Bragar Wexler & Eagel, P.C.
885 Third Avenue
Suite 3040
New York, NY 10022
Attorney for Meridith Tranberg

Thomas James McKenna, Esq.
Gainey & McKenna, LLP
295 Madison Avenue
4th Flr.
New York, NY 10017
Attorney for Chris Southard

Lori Gwen Feldman, Esq.
Arvind Khurana
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119
Attorney for Alan Stavens

3. I made such service by personally enclosing true copies of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Austin K. Wilkinson

Sworn to before me this
4th day of January, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008