# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY SALVATO, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>VS.<br><br>ZALE CORPORATION, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:06-CV-1124-D<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Plaintiff's July 20, 2006 motion to consolidate Zale ERISA cases and for entry of the case management order is denied without prejudice, at least for the following reasons. The court prefers to determine on an individual case basis whether other cases should be consolidated with this one. And plaintiff's proposed order would make his attorneys lead counsel or liaison counsel in all cases later filed in or transferred to this court, without giving the attorneys in those cases the opportunity to be heard in opposition. The proposed order would bind all such other plaintiffs and their attorneys unless the court orders otherwise. Plaintiff may seek this relief anew after additional cases are docketed and the court can determine whether the relief plaintiff seeks is opposed by other plaintiffs and/or defendants.

**SO ORDERED.**

July 27, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE