USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GRAY, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>               v.<br><br>CITIGROUP INC., *et al.*,<br><br>               Defendants. | No. 07 Civ. 9790 (SHS)<br><br>ECF Case |
| ANTON K. RAPPOLD, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>               v.<br><br>CITIGROUP INC., *et al.*,<br><br>               Defendants. | No. 07 Civ. 10396 (SHS)<br><br>ECF Case |
| SAMIER TADROS, on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>               v.<br><br>CITIGROUP INC., *et al.*,<br><br>               Defendants. | No. 07 Civ. 10442 (SHS)<br><br>ECF Case |
| MARK GEROULO, individually, on behalf of the CITIGROUP 401(k) Plan, the CITIBUILDER 401(k) PLAN FOR PUERTO RICO, and all others similarly situated,<br><br>               Plaintiff,<br><br>               v.<br><br>CITIGROUP, INC., *et al.*,<br><br>               Defendants. | No. 07 Civ. 10472 (SHS)<br><br>ECF Case |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE
AGAINST, OR OTHERWISE RESPOND TO COMPLAINTS**

WHEREAS Defendants have been served with process or their counsel have accepted service of process on their behalf in the above-captioned actions (the "Actions");

WHEREAS Defendants have agreed and/or stipulated with Plaintiffs in each of the Actions that Defendants' time to answer, move against, or otherwise respond to the respective Complaints (and Amended Complaint in the *Tadros* action) was extended to and including January 10, 2008;

WHEREAS Judge Stein entered an order on December 19, 2007, in which he indicated that the Court would ask "the parties to develop a case management order for the orderly progress of these litigations" after the Court makes a determination on pending motions to consolidate these Actions and other actions currently pending in the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties that Defendants' time to answer, move against, or otherwise respond to the Complaints in the Actions and to the Amended Complaint in the *Tadros* action shall be extended to the time that will be set in the case management order referenced in Judge Stein's December 19, 2007 Order.

This is the parties' second request for an extension of Defendants' time to answer, move against, or otherwise respond to the complaints in the *Gray*, *Rappold*, and *Geroulo* actions and the parties' first request in the *Tadros* action.

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in the Actions.

1

Dated: January 9, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP

By: _/s/ Brad S. Karp_____
        Brad S. Karp (bkarp@paulweiss.com)
        Lewis R. Clayton (lclayton@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3980

WACHTELL, LIPTON, ROSEN & KATZ

By:_____
        Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
        George T. Conway (gtconway@wlrk.com)
        Jonathan M. Moses (jmmoses@wlrk.com)
        John F. Lynch (jflynch@wlrk.com)

51 West 52nd Street
New York, New York 10019-6150
Tel. (212) 403-1000
Fax (212) 403-2000

*Attorneys for Defendants*

Dated: January 9, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: _____
           Brad S. Karp (bkarp@paulweiss.com)
           Lewis R. Clayton (lclayton@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Tel.  (212) 373-3000
        Fax  (212) 757-3980

        WACHTELL, LIPTON, ROSEN & KATZ

        By: */s/ Lawrence B. Pedowitz*
           Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
           George T. Conway (gtconway@wlrk.com)
           Jonathan M. Moses (jmmoses@wlrk.com)
           John F. Lynch (jflynch@wlrk.com)

        51 West 52nd Street
        New York, New York 10019-6150
        Tel.  (212) 403-1000
        Fax  (212) 403-2000

        *Attorneys for Defendants*

WOLF POPPER LLP

By: _____
Mariah P. Rosner (mrosner@wolfpopper.com)
Robert Finkel (rfinkel@wolfpopper.com)
Andrew Lencyk (alencyk@wolfpopper.com)

845 Third Avenue
New York, New York 10022
Tel.  (212) 759-4600
Fax  (212) 486-2093

*Attorneys for Plaintiff Stephen Gray*

ZWERLING, SCHACHTER & ZWERLING, LLP


By: _____
Susan Salvetti (ssalvetti@zsz.com)
Robert S. Schachter (rschachter@zsz.com)
Justin M. Tarshis (jtarshis@zsz.com)

41 Madison Avenue
New York, New York 10010
Tel.  (212) 223-3900
Fax  (212) 371-5969

*Attorneys for Plaintiff Anton K. Rappold*

HARWOOD FEFFER LLP


By: _____
Robert J. Harwood (rharwood@hfesq.com)
Samuel K. Rosen (srosen@hfesq.com)

488 Madison Avenue
New York, New York 10022
Tel.  (212) 935-7400
Fax  (212) 753-3630

*Attorneys for Plaintiff Samier Tadros*

3

WOLF POPPER LLP

By:_____
    Marian P. Rosner (mrosner@wolfpopper.com)
    Robert Finkel (rfinkel@wolfpopper.com)
    Andrew Lencyk (alencyk@wolfpopper.com)

845 Third Avenue
New York, New York 10022
Tel.  (212) 759-4600
Fax  (212) 486-2093

*Attorneys for Plaintiff Stephen Gray*

ZWERLING, SCHACHTER & ZWERLING, LLP

By: /s/ Susan Salvetti
    Susan Salvetti (ssalvetti@zsz.com)
    Robert S. Schachter (rschachter@zsz.com)
    Justin M. Tarshis (jtarshis@zsz.com)

41 Madison Avenue
New York, New York 10010
Tel.  (212) 223-3900
Fax  (212) 371-5969

*Attorneys for Plaintiff Anton K. Rappold*

HARWOOD FEFFER LLP

By:_____
    Robert J. Harwood (rharwood@hfesq.com)
    Samuel K. Rosen (srosen@hfesq.com)

488 Madison Avenue
New York, New York 10022
Tel.  (212) 935-7400
Fax  (212) 753-3630

*Attorneys for Plaintiff Samier Tadros*

WOLF POPPER LLP

By:_____
    Marian P. Rosner (mrosner@wolfpopper.com)
    Robert Finkel (rfinkel@wolfpopper.com)
    Andrew Lencyk (alencyk@wolfpopper.com)

845 Third Avenue
New York, New York 10022
Tel.  (212) 759-4600
Fax  (212) 486-2093

*Attorneys for Plaintiff Stephen Gray*

ZWERLING, SCHACHTER & ZWERLING, LLP

By:_____
    Susan Salvetti (ssalvetti@zsz.com)
    Robert S. Schachter (rschachter@zsz.com)
    Justin M. Tarshis (jtarshis@zsz.com)

41 Madison Avenue
New York, New York 10010
Tel.  (212) 223-3900
Fax  (212) 371-5969

*Attorneys for Plaintiff Anton K. Rappold*

HARWOOD FEFFER LLP

By: /s/ Robert J. Harwood
    Robert J. Harwood (rharwood@hfesq.com)
    Samuel K. Rosen (srosen@hfesq.com)

488 Madison Avenue
New York, New York 10022
Tel.  (212) 935-7400
Fax  (212) 753-3630

*Attorneys for Plaintiff Samier Tadros*

3

SARRAF GENTILE LLP

By: /s/ Ronen Sarraf
Ronen Sarraf (ronen@sarrafgentile.com)
Joseph Gentile

11 Hanover Square, 2nd Floor
New York, New York 10005
Tel.   (212) 868-3610
Fax   (212) 918-7967

SCHATZ NOBEL IZARD P.C.
Robert A. Izard
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.   (860) 493-6292
Fax   (860) 493-6290

*Attorneys for Plaintiff Mark Geroulo*

1/12/08
SO ORDERED:

Hon. Sidney H. Stein, U.S.D.J.

4