**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*56*

------------------------------------------------x

STEPHEN GRAY, individually and on
behalf of all others similarly situated,

    Plaintiff,      :   Civil Action No: 07 Civ. 9790 (SHS)

v.

CITIGROUP INC., CHARLES PRINCE, :  **NOTICE OF MOTION TO**
THE PLANS ADMINISTRATIVE  :  **ADMIT LYNN LINCOLN**
COMMITTEE OF CITIGROUP INC.,  :  **SARKO *PRO HAC VICE***
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20,

    Defendants.

------------------------------------------------x

SHAUN ROSE, Individually and On
Behalf of All Others Similarly Situated,

    Plaintiff,      :   Civil Action No: 07 Civ. 10294

v.

CITIGROUP INC., CHARLES PRINCE,
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC.,
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 10,

    Defendants.

------------------------------------------------x

MEREDITH TRANBERG, individually
and on behalf of all others similarly situated :

    Plaintiff,      :   Civil Action No: 07 Civ. 10341

v.

CITIGROUP INC., CHARLES PRINCE,
THE PLANS ADMINISTRATIVE
COMMITTEE OF CITIGROUP INC.,
THE 401(k) INVESTMENT
COMMITTEE, and JOHN DOES 1 - 20,

    Defendants.

------------------------------------------------x

JAN 15 2008

```
-----------------------------------------------------x
ANTON RAPPOLD, individually and on     :
behalf of all others similarly situated,  :
                                       :
          Plaintiff,                   :        Civil Action No: 07 Civ. 10396
                                       :
v.                                     :
                                       :
CITIGROUP INC., CITIBANK, N.A.,        :
CHARLES PRINCE, THE PLANS              :
ADMINISTRATIVE COMMITTEE OF            :
CITIGROUP INC., THE 401(k)             :
INVESTMENT COMMITTEE, and JOHN         :
and JANE DOES 1 - 10,                  :
                                       :
          Defendants.                  :
-----------------------------------------------------x
SAMIER TADROS, on Behalf of All        :
Others Similarly Situated,             :
                                       :
          Plaintiff,                   :        Civil Action No: 07 Civ. 10442
                                       :
v.                                     :
                                       :
CITIGROUP INC., CHARLES O.             :
PRINCE, C. MICHAEL ARMSTRONG,          :
ALAIN J.P. BELDA, GEORGE DAVID,        :
KENNETH T. DERR, JOHN M. DEUTCH,       :
 ROBERTO HERNANDEZ RAMIREZ,            :
ANN DIBBLE JORDAN, KLAUS               :
KLEINFELD, ANDREW N. LIVERIS,          :
ANNE MULCAHY, RICHARD D.               :
PARSONS, JUDITH RODIN, ROBERT E.       :
RUBIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, JOHN DOES 1-20 (BEING       :
CURRENT AND FORMER MEMBERS             :
OF THE PLANS ADMINISTRATIVE            :
COMMITTEE OF CITIGROUP INC.)           :
and JOHN DOES 21-40 (BEING             :
CURRENT AND FORMER MEMBERS             :
OF THE INVESTMENT COMMITTEE            :
OF THE CITIGROUP INC. 401(K) PLAN),    :
                                       :
          Defendants.                  :
-----------------------------------------------------x
```

```
-------------------------------------------------x
STEPHAN FIORINO, individually and on     :
behalf of all others similarly situated,        :
                                                :
                  Plaintiff,                    :          Civil Action No: 07 Civ. 10458
v.                                              :
                                                :
CITIGROUP INC., CITIBANK N.A.,                  :
CHARLES PRINCE, THE PLANS                       :
ADMINISTRATIVE COMMITTEE OF                     :
CITIGROUP INC., THE 401(k)                      :
INVESTMENT COMMITTEE, and                       :
JOHN DOES 1 - 20,                               :
                                                :
                  Defendants.                   :
-------------------------------------------------x
JAMES BOLLA, individually and on behalf :
  of all others similarly situated,             :
                                                :
                  Plaintiff,                    :          Civil Action No: 07 Civ. 10461
v.                                              :
                                                :
CITIGROUP INC., CITIBANK N.A.,                  :
CHARLES PRINCE, THE PLANS                       :
ADMINISTRATIVE COMMITTEE OF                     :
CITIGROUP INC., THE 401(k)                      :
INVESTMENT COMMITTEE, and                       :
JOHN DOES 1 - 20,                               :
                                                :
                  Defendants.                   :
-------------------------------------------------x
```

```
-------------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the        :
CITIBUILDER 401 (K) PLAN FOR             :
PUERTO RICO, and all others similarly,   :
                                         :
            Plaintiff,                   :      Civil Action No: 07 Civ. 10472
                                         :
v.                                       :
                                         :
CITIGROUP, INC., CITIBANK, N.A.,         :
THE PLAN ADMINISTRATIVE                  :
COMMITTEE OF CITIGROUP, INC.,            :
MICHAEL E. SCHLEIN, JOHN DOES            :
1-10, THE CITIGROUP 401(k) PLAN          :
INVESTMENT COMMITTEE and JOHN            :
DOES 10-20, C. MICHAEL                   :
ARMSTRONG, ALAN J.P. BELDA,              :
GEORGE DAVID, KENNETH T. DERR,           :
JOHN M. DEUTCH, ROBERTO                  :
HERNANDEZ, ANN DIBBLE JORDAN,            :
ANDREW N. LIVERIS, DUDLEY C.             :
MECUM, ANNE M. MULCAHY,                  :
RICHARD D. PARSONS, ANDRALL E.           :
PEARSON, CHARLES PRINCE, JUDITH          :
RODIN, ROBERT E. RUBIN, FRANKLIN         :
A. THOMAS, SANFORD I. WEILL,             :
                                         :
            Defendants.                  :
-------------------------------------------------------x
```

```
-----------------------------------------------------x
```
ALAN STEVENS, on Behalf of Himself          :
and All Others Similarly Situated,          :
                                            :
            Plaintiff,                      :       Civil Action No: 07 Civ. 11156
                                            :
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A,              :
CHARLES PRINCE, C. MICHAEL                  :
ARMSTRONG, ALAIN J.P. BELDA,                :
GEORGE DAVID, KENNETH T. DERR,              :
JOHN M. DEUTCH, PETER JOHNSON,              :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANDREW N. LIVERIS, ANNE                     :
MULCAHEY, RICHARD D. PARSONS,               :
JUDITH RODIN, ROBERT E. RUBIN,              :
ROBERT L. RYAN, FRANKLIN A.                 :
THOMAS, THE PLANS                           :
ADMINISTRATION COMMITTEE OF                 :
CITIGROUP, INC., THE INVESTMENT             :
COMMITTEE and JOHN DOES 1-30,               :
                                            :
            Defendants.                     :
```
-----------------------------------------------------x
```
STEPHEN GOLDSTEIN, on Behalf of             :
Himself and a Class of Persons Similarly    :
Situated,                                   :
                                            :
            Plaintiff,                      :       Civil Action No: 07 Civ. 11158
                                            :
v.                                          :
                                            :
CITIGROUP INC., THE PLANS                   :
ADMINISTRATION COMMITTEE OF                 :
CITIGROUP, INC., MICHAEL E.                 :
SCHLEIN, CHARLES PRINCE, C.                 :
MICHAEL ARMSTRONG, ALAIN J.P.               :
BELDA, GEORGE DAVID, KENNETH T.             :
DERR, JOHN M. DEUTCH, ROBERTO               :
HERNANDEZ RAMIREZ, ANDREW N.                :
LIVERIS, ANNE MULCAHEY,                     :
RICHARD D. PARSONS, JUDITH                  :
RODIN, ROBERT E. RUBIN, ROBERT L.           :
RYAN, AND FRANKLIN A. THOMAS,               :
And JOHN DOES 1-30,                         :
                                            :
            Defendants.                     :

```
---------------------------------------------x
```
CHRIS SOUTHARD, on Behalf of All    :
Others Similarly Situated,    :
    :
          Plaintiff,    :     Civil Action No: 07 Civ. 11164
v.    :
    :
CITIGROUP INC., CHARLES O.    :
PRINCE, C. MICHAEL ARMSTRONG,    :
ALAIN J.P. BELDA, GEORGE DAVID,    :
KENNETH T. DERR, JOHN M. DEUTCH, :
ROBERTO HERNANDEZ RAMIREZ,    :
ANN DIBBLE JORDAN, KLAUS    :
KLEINFELD, ANDREW N. LIVERIS,    :
ANNE MULCAHY, RICHARD D.    :
PARSONS, JUDITH RODIN, ROBERT E. :
RUBIN, ROBERT E. RUBIN, FRANKLIN :
A. THOMAS, JOHN DOES 1-20 (BEING    :
CURRENT AND FORMER MEMBERS    :
OF THE PLANS ADMINISTRATIVE    :
COMMITTEE OF CITIGROUP INC.)    :
and JOHN DOES 21-40 (BEING    :
CURRENT AND FORMER MEMBERS    :
OF THE INVESTMENT COMMITTEE    :
OF THE CITIGROUP INC. 401(K) PLAN), :
    :
          Defendants.    :
```
----------------------------------------------
```
FRANCIA BRICK, individually and on    :
Behalf of all others similarly situated,
    :
          Plaintiff,    :     Civil Action No: 07 Civ. 11369
v.    :
    :
CITIGROUP INC., CHARLES PRINCE,    :
THE PLAN'S ADMINISTRATIVE    :
COMMITTEE OF CITIGROUP, INC.,    :
THE 401(k) INVESTMENT COMMITTEE,:
And JOHN DOES 1-10,    :
    :
          Defendants.    :
```
----------------------------------------------
```

```
-------------------------------------------------x
```
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others    :
Similarly Situated,                         :
                                            :
       Plaintiffs,                      :    Civil Action No: 07cv11207
  v.                                      :
                                            :
CITIGROUP INC., CHARLES PRINCE,             :
ROBERT E. RUBIN, C. MICHAEL                 :
ARMSTRONG, ALAIN J. P. BELDA,               :
GEORGE DAVID, KENNETH T. DERR,              :
JOHN M. DEUTCH, ROBERTO                     :
HERNANDEZ RAMIREZ, ANDREW N.                :
LIVERIS, ANN MULCAHEY, RICHARD              :
D. PARSONS, JUDITH RODIN, ROBERT            :
L. RYAN, FRANKLIN A. THOMAS, ANN            :
DIBBLE JORDAN, KLAUS KLEINFELD              :
AND DUDLEY C. MECUM, and JOHN               :
and JANE DOES 1-10,                         :
                                            :
       Defendants.                      :
```
-------------------------------------------------
```

## NOTICE OF MOTION TO ADMIT
## LYNN LINCOLN SARKO *PRO HAC VICE*

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Lynda J. Grant,

the Affidavit of Lynn Lincoln Sarko and the Certificate of Good Standing annexed

thereto, the undersigned will move this Court, before the Honorable Sidney H. Stein on a

date to be determined by the Court, in the United States Courthouse, 500 Pearl Street,

Courtroom 23A, New York, New York  10007, for an Order (attached hereto), pursuant

to Rule

1.3(c) of the Local Rules of the United States District Courts for the Southern District and

Eastern Districts of New York, admitting Lynn Lincoln Sarko *pro hac vice*.

Dated: January 15, 2008

Respectfully submitted,

Lynda J. Grant (LG-4784)
**COHEN, MILSTEIN, HAUSFELD**
**& TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, New York  10022
(212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------x
STEPHEN GRAY, individually and on          :
behalf of all others similarly situated,   :
                                           :
              Plaintiff,                    :        Civil Action No: 07 Civ. 9790 (SHS)
                                           :
v.                                          :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.,               :
THE 401(k) INVESTMENT                      :
COMMITTEE, and JOHN DOES 1 - 20,           :
                                           :
              Defendants.                   :
-----------------------------------------------------x
SHAUN ROSE, Individually and On            :
Behalf of All Others Similarly Situated,   :
                                           :
              Plaintiff,                    :        Civil Action No: 07 Civ. 10294
                                           :
v.                                          :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.,               :
THE 401(k) INVESTMENT                      :
COMMITTEE, and JOHN DOES 1 - 10,           :
                                           :
              Defendants.                   :
-----------------------------------------------------x
MEREDITH TRANBERG, individually            :
and on behalf of all others similarly situated :
                                           :
              Plaintiff,                    :        Civil Action No: 07 Civ. 10341
                                           :
v.                                          :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.,               :
THE 401(k) INVESTMENT                      :
COMMITTEE, and JOHN DOES 1 - 20,           :
                                           :
              Defendants.                   :
-----------------------------------------------------x
```

```
-----------------------------------------------x
ANTON RAPPOLD, individually and on          :
behalf of all others similarly situated,     :
                                             :
                Plaintiff,                   :      Civil Action No: 07 Civ. 10396
                                             :
v.                                           :
                                             :
CITIGROUP INC., CITIBANK, N.A.,              :
CHARLES PRINCE, THE PLANS                    :
ADMINISTRATIVE COMMITTEE OF                  :
CITIGROUP INC., THE 401(k)                   :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                        :
                                             :
                Defendants.                  :
-----------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,                   :
                                             :
                Plaintiff,                   :      Civil Action No: 07 Civ. 10442
                                             :
v.                                           :
                                             :
CITIGROUP INC., CHARLES O.                   :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH, :
ROBERTO HERNANDEZ RAMIREZ,                  :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN), :
                                             :
                Defendants.                  :
-----------------------------------------------x
```

```
---------------------------------------------------x
STEPHAN FIORINO, individually and on    :
behalf of all others similarly situated,        :
                                                :
              Plaintiff,                         :       Civil Action No: 07 Civ. 10458
v.                                              :
                                                :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)               :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                        :
                                                :
              Defendants.                        :
---------------------------------------------------x
JAMES BOLLA, individually and on behalf :
 of all others similarly situated,              :
                                                :
              Plaintiff,                         :       Civil Action No: 07 Civ. 10461
v.                                              :
                                                :
CITIGROUP INC., CITIBANK N.A.,          :
CHARLES PRINCE, THE PLANS               :
ADMINISTRATIVE COMMITTEE OF             :
CITIGROUP INC., THE 401(k)               :
INVESTMENT COMMITTEE, and               :
JOHN DOES 1 - 20,                        :
                                                :
              Defendants.                        :
---------------------------------------------------x
```

```
-----------------------------------------------------x
MARK GEROULO, individually, on behalf  :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
              Plaintiff,               :      Civil Action No: 07 Civ. 10472
                                       :
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
              Defendants.              :
-----------------------------------------------------x
```

```
-------------------------------------------------x
ALAN STEVENS, on Behalf of Himself      :
and All Others Similarly Situated,      :
                                        :
          Plaintiff,                    :        Civil Action No: 07 Civ. 11156
                                        :
v.                                      :
                                        :
CITIGROUP INC., CITIBANK, N.A,          :
CHARLES PRINCE, C. MICHAEL              :
ARMSTRONG, ALAIN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,          :
JOHN M. DEUTCH, PETER JOHNSON,          :
ROBERTO HERNANDEZ RAMIREZ,              :
ANDREW N. LIVERIS, ANNE                 :
MULCAHEY, RICHARD D. PARSONS,           :
JUDITH RODIN, ROBERT E. RUBIN,          :
ROBERT L. RYAN, FRANKLIN A.             :
THOMAS, THE PLANS                       :
ADMINISTRATION COMMITTEE OF             :
CITIGROUP, INC., THE INVESTMENT         :
COMMITTEE and JOHN DOES 1-30,           :
                                        :
          Defendants.                   :
-------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of         :
Himself and a Class of Persons Similarly :
Situated,                               :
                                        :
          Plaintiff,                    :        Civil Action No: 07 Civ. 11158
                                        :
v.                                      :
                                        :
CITIGROUP INC., THE PLANS               :
ADMINISTRATION COMMITTEE OF             :
CITIGROUP, INC., MICHAEL E.             :
SCHLEIN, CHARLES PRINCE, C.             :
MICHAEL ARMSTRONG, ALAIN J.P.           :
BELDA, GEORGE DAVID, KENNETH T. :
DERR, JOHN M. DEUTCH, ROBERTO           :
HERNANDEZ RAMIREZ, ANDREW N.            :
LIVERIS, ANNE MULCAHEY,                 :
RICHARD D. PARSONS, JUDITH              :
RODIN, ROBERT E. RUBIN, ROBERT L. :
RYAN, AND FRANKLIN A. THOMAS,           :
And JOHN DOES 1-30,                     :
                                        :
          Defendants.                   :
```

```
-------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All      :
Others Similarly Situated,            :
                                      :
              Plaintiff,              :     Civil Action No: 07 Civ. 11164
                                      :
v.                                    :
                                      :
CITIGROUP INC., CHARLES O.            :
PRINCE, C. MICHAEL ARMSTRONG,         :
ALAIN J.P. BELDA, GEORGE DAVID,       :
KENNETH T. DERR, JOHN M. DEUTCH,      :
ROBERTO HERNANDEZ RAMIREZ,            :
ANN DIBBLE JORDAN, KLAUS              :
KLEINFELD, ANDREW N. LIVERIS,         :
ANNE MULCAHY, RICHARD D.              :
PARSONS, JUDITH RODIN, ROBERT E.      :
RUBIN, ROBERT E. RUBIN, FRANKLIN      :
A. THOMAS, JOHN DOES 1-20 (BEING      :
CURRENT AND FORMER MEMBERS            :
OF THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.)          :
and JOHN DOES 21-40 (BEING            :
CURRENT AND FORMER MEMBERS            :
OF THE INVESTMENT COMMITTEE           :
OF THE CITIGROUP INC. 401(K) PLAN),   :
                                      :
              Defendants.             :
-------------------------------------------------
FRANCIA BRICK, individually and on    :
Behalf of all others similarly situated,
                                            :
              Plaintiff,              :     Civil Action No: 07 Civ. 11369
                                      :
v.                                    :
                                      :
CITIGROUP INC., CHARLES PRINCE,       :
THE PLAN'S ADMINISTRATIVE             :
COMMITTEE OF CITIGROUP, INC.,         :
THE 401(k) INVESTMENT COMMITTEE,      :
And JOHN DOES 1-10,                   :
                                      :
              Defendants.             :
-------------------------------------------------
```

```
------------------------------------------------------x
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others    :
Similarly Situated,                          :
                                             :
            Plaintiffs,                       :        Civil Action No: 07cv11207
v.                                           :
                                             :
CITIGROUP INC., CHARLES PRINCE,              :
ROBERT E. RUBIN, C. MICHAEL                  :
ARMSTRONG, ALAIN J. P. BELDA,                :
GEORGE DAVID, KENNETH T. DERR,               :
JOHN M. DEUTCH, ROBERTO                      :
HERNANDEZ RAMIREZ, ANDREW N.                 :
LIVERIS, ANN MULCAHEY, RICHARD               :
D. PARSONS, JUDITH RODIN, ROBERT             :
L. RYAN, FRANKLIN A. THOMAS, ANN             :
DIBBLE JORDAN, KLAUS KLEINFELD               :
AND DUDLEY C. MECUM, and JOHN                :
and JANE DOES 1-10,                          :
                                             :
            Defendants.                       :
------------------------------------------------------
```

## DECLARATION OF LYNDA J. GRANT IN SUPPORT
## OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Lynda J. Grant, hereby declare as follows:

1.      I am an attorney admitted to practice in the State of New York, and in the

Southern and Eastern Districts of New York. I submit this Declaration in support of the

motion to admit Lynn Lincoln Sarko to the United States District Court for the Southern

District of New York *pro hac vice* for purposes of this action.

2.      I agree to act as local counsel for Lynn Lincoln Sarko and to observe the

Rules of this Court governing the conduct of attorneys.

3.      Lynn Lincoln Sarko is a member in good standing of the Bar of the State

of Washington.

For the foregoing reasons, it is respectfully requested that Lynn Lincoln Sarko be admitted *pro hac vice* to the United States District Court for the Southern District of New York for purposes of this action.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2008

Respectfully submitted,

Lynda J. Grant (LG-4784)
**COHEN, MILSTEIN, HAUSFELD**
**& TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, New York  10022
(212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM AND PATRICIA WOODWARD, Individually and On Behalf of All Others Similarly Situated<br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP, INC., CHARLES PRINCE, ROBERT E. RUBIN, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANN MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, ANN DIBBLE JORDAN, KLAUS KLEINFELD AND DUDLEY C. MECUM, and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 07-cv-11207<br><br>**CLASS ACTION**<br><br>**AFFIDAVIT OF LYNN LINCOLN SARKO** |

LYNN LINCOLN SARKO, an attorney duly admitted to practice in the Courts of this State of Washington, declares, pursuant to the Individual Rules and Procedures of this Court and Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, as follows:

1.     I am a partner with the law firm of Keller Rohrback L.L.P., Co-Counsel for Plaintiffs WILLIAM AND PATRICIA WOODWARD in the above-captioned matter with Lynda J. Grant at the office of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

2.     I submit this Affidavit in support of Plaintiffs' motion for my admission to practice *pro hac vice* in this matter to argue or try this particular case in whole or in part as counsel or advocate.

3.     As shown in the Certificate of Good Standing issued by the Supreme Court of the State of Washington and attached hereto as Exhibit 1, I am a member in good standing of the Bar of the State of Washington.

4.     There are no pending disciplinary proceedings against me in any State or Federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 9, 2008, at Seattle, Washington.

_____
LYNN LINCOLN SARKO

SUBSCRIBED AND SWORN TO before me this 9th day of January, 2008.

_____
Print Name:  Mavis Bates
NOTARY PUBLIC in and for the State of
Washington; residing at:  King Co.
My commission expires:  9/1/10

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO.16569 |
|  | ) |  |
| OF | ) | **CERTIFICATE OF GOOD** |
| LYNN LINCOLN SARKO | ) |  |
|  | ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) |  |
|  | ) |  |
| _____ | ) |  |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

### LYNN LINCOLN SARKO

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on November 12, 1986, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 7th day of
January, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------x
STEPHEN GRAY, individually and on          :
behalf of all others similarly situated,   :
                                           :
              Plaintiff,                    :       Civil Action No: 07 Civ. 9790 (SHS)
v.                                          :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.,               :
THE 401(k) INVESTMENT                      :
COMMITTEE, and JOHN DOES 1 - 20,           :
                                           :
              Defendants.                   :
----------------------------------------------------x
SHAUN ROSE, Individually and On            :
Behalf of All Others Similarly Situated,   :
                                           :
              Plaintiff,                    :       Civil Action No: 07 Civ. 10294
v.                                          :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.,               :
THE 401(k) INVESTMENT                      :
COMMITTEE, and JOHN DOES 1 - 10,           :
                                           :
              Defendants.                   :
----------------------------------------------------x
MEREDITH TRANBERG, individually            :
and on behalf of all others similarly situated :
                                           :
              Plaintiff,                    :       Civil Action No: 07 Civ. 10341
v.                                          :
                                           :
CITIGROUP INC., CHARLES PRINCE,            :
THE PLANS ADMINISTRATIVE                   :
COMMITTEE OF CITIGROUP INC.,               :
THE 401(k) INVESTMENT                      :
COMMITTEE, and JOHN DOES 1 - 20,           :
                                           :
              Defendants.                   :
----------------------------------------------------x
```

```
------------------------------------------------x
ANTON RAPPOLD, individually and on          :
behalf of all others similarly situated,    :
                                            :
            Plaintiff,                      :        Civil Action No: 07 Civ. 10396
                                            :
v.                                          :
                                            :
CITIGROUP INC., CITIBANK, N.A.,             :
CHARLES PRINCE, THE PLANS                   :
ADMINISTRATIVE COMMITTEE OF                 :
CITIGROUP INC., THE 401(k)                  :
INVESTMENT COMMITTEE, and JOHN              :
and JANE DOES 1 - 10,                       :
                                            :
            Defendants.                     :
------------------------------------------------x
SAMIER TADROS, on Behalf of All             :
Others Similarly Situated,                  :
                                            :
            Plaintiff,                      :        Civil Action No: 07 Civ. 10442
                                            :
v.                                          :
                                            :
CITIGROUP INC., CHARLES O.                  :
PRINCE, C. MICHAEL ARMSTRONG,               :
ALAIN J.P. BELDA, GEORGE DAVID,             :
KENNETH T. DERR, JOHN M. DEUTCH,            :
 ROBERTO HERNANDEZ RAMIREZ,                 :
ANN DIBBLE JORDAN, KLAUS                    :
KLEINFELD, ANDREW N. LIVERIS,               :
ANNE MULCAHY, RICHARD D.                    :
PARSONS, JUDITH RODIN, ROBERT E.           :
RUBIN, ROBERT E. RUBIN, FRANKLIN           :
A. THOMAS, JOHN DOES 1-20 (BEING           :
CURRENT AND FORMER MEMBERS                  :
OF THE PLANS ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP INC.)                :
and JOHN DOES 21-40 (BEING                  :
CURRENT AND FORMER MEMBERS                  :
OF THE INVESTMENT COMMITTEE                 :
OF THE CITIGROUP INC. 401(K) PLAN),        :
                                            :
            Defendants.                     :
------------------------------------------------x
```

```
-----------------------------------------------------x
STEPHAN FIORINO, individually and on      :
behalf of all others similarly situated,  :
                                          :
              Plaintiff,                   :        Civil Action No: 07 Civ. 10458
                                          :
v.                                        :
                                          :
CITIGROUP INC., CITIBANK N.A.,            :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and                 :
JOHN DOES 1 - 20,                         :
                                          :
              Defendants.                  :
-----------------------------------------------------x
JAMES BOLLA, individually and on behalf :
  of all others similarly situated,       :
                                          :
              Plaintiff,                   :        Civil Action No: 07 Civ. 10461
                                          :
v.                                        :
                                          :
CITIGROUP INC., CITIBANK N.A.,            :
CHARLES PRINCE, THE PLANS                 :
ADMINISTRATIVE COMMITTEE OF               :
CITIGROUP INC., THE 401(k)                :
INVESTMENT COMMITTEE, and                 :
JOHN DOES 1 - 20,                         :
                                          :
              Defendants.                  :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
                Plaintiff,             :      Civil Action No: 07 Civ. 10472
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
                Defendants.            :
-------------------------------------------------------x
```

```
---------------------------------------------------x
ALAN STEVENS, on Behalf of Himself        :
and All Others Similarly Situated,        :
                                          :
          Plaintiff,                      :        Civil Action No: 07 Civ. 11156
v.                                        :
                                          :
CITIGROUP INC., CITIBANK, N.A,            :
CHARLES PRINCE, C. MICHAEL                :
ARMSTRONG, ALAIN J.P. BELDA,              :
GEORGE DAVID, KENNETH T. DERR,            :
JOHN M. DEUTCH, PETER JOHNSON,            :
ROBERTO HERNANDEZ RAMIREZ,                :
ANDREW N. LIVERIS, ANNE                   :
MULCAHEY, RICHARD D. PARSONS,             :
JUDITH RODIN, ROBERT E. RUBIN,            :
ROBERT L. RYAN, FRANKLIN A.               :
THOMAS, THE PLANS                         :
ADMINISTRATION COMMITTEE OF               :
CITIGROUP, INC., THE INVESTMENT           :
COMMITTEE and JOHN DOES 1-30,             :
                                          :
          Defendants.                     :
---------------------------------------------------x
STEPHEN GOLDSTEIN, on Behalf of           :
Himself and a Class of Persons Similarly  :
Situated,                                 :
                                          :
          Plaintiff,                      :        Civil Action No: 07 Civ. 11158
v.                                        :
                                          :
CITIGROUP INC., THE PLANS                 :
ADMINISTRATION COMMITTEE OF               :
CITIGROUP, INC., MICHAEL E.               :
SCHLEIN, CHARLES PRINCE, C.               :
MICHAEL ARMSTRONG, ALAIN J.P.             :
BELDA, GEORGE DAVID, KENNETH T. :
DERR, JOHN M. DEUTCH, ROBERTO             :
HERNANDEZ RAMIREZ, ANDREW N.              :
LIVERIS, ANNE MULCAHEY,                   :
RICHARD D. PARSONS, JUDITH                :
RODIN, ROBERT E. RUBIN, ROBERT L. :
RYAN, AND FRANKLIN A. THOMAS,             :
And JOHN DOES 1-30,                       :
                                          :
          Defendants.                     :
```

```
---------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All         :
Others Similarly Situated,               :
                                         :
            Plaintiff,                   :        Civil Action No: 07 Civ. 11164
                                         :
v.                                       :
                                         :
CITIGROUP INC., CHARLES O.               :
PRINCE, C. MICHAEL ARMSTRONG,            :
ALAIN J.P. BELDA, GEORGE DAVID,          :
KENNETH T. DERR, JOHN M. DEUTCH,         :
ROBERTO HERNANDEZ RAMIREZ,               :
ANN DIBBLE JORDAN, KLAUS                 :
KLEINFELD, ANDREW N. LIVERIS,            :
ANNE MULCAHY, RICHARD D.                 :
PARSONS, JUDITH RODIN, ROBERT E.         :
RUBIN, ROBERT E. RUBIN, FRANKLIN         :
A. THOMAS, JOHN DOES 1-20 (BEING         :
CURRENT AND FORMER MEMBERS               :
OF THE PLANS ADMINISTRATIVE              :
COMMITTEE OF CITIGROUP INC.)             :
and JOHN DOES 21-40 (BEING               :
CURRENT AND FORMER MEMBERS               :
OF THE INVESTMENT COMMITTEE              :
OF THE CITIGROUP INC. 401(K) PLAN),      :
                                         :
            Defendants.                  :
----------------------------------------------
FRANCIA BRICK, individually and on       :
Behalf of all others similarly situated, :
                                                  :
            Plaintiff,                   :        Civil Action No: 07 Civ. 11369
                                         :
v.                                       :
                                         :
CITIGROUP INC., CHARLES PRINCE,          :
THE PLAN'S ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,            :
THE 401(k) INVESTMENT COMMITTEE,         :
And JOHN DOES 1-10,                      :
                                         :
            Defendants.                  :
----------------------------------------------
```

```
----------------------------------------------------x
```
WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others    :
Similarly Situated,                         :
                                            :
                 Plaintiffs,                :        Civil Action No: 07cv11207
                                            :
v.                                          :
                                            :
CITIGROUP INC., CHARLES PRINCE,    :
ROBERT E. RUBIN, C. MICHAEL        :
ARMSTRONG, ALAIN J. P. BELDA,      :
GEORGE DAVID, KENNETH T. DERR,     :
JOHN M. DEUTCH, ROBERTO            :
HERNANDEZ RAMIREZ, ANDREW N.       :
LIVERIS, ANN MULCAHEY, RICHARD     :
D. PARSONS, JUDITH RODIN, ROBERT   :
L. RYAN, FRANKLIN A. THOMAS, ANN   :
DIBBLE JORDAN, KLAUS KLEINFELD     :
AND DUDLEY C. MECUM, and JOHN      :
and JANE DOES 1-10,                :
                                            :
                 Defendants.                :
```
----------------------------------------------------
```

## [PROPOSED] ORDER GRANTING APPLICATION OF
## LYNN LINCOLN SARKO FOR ADMISSION *PRO HAC VICE*

This matter coming before the Court by Motion submitted by Lynda J. Grant,

seeking the admission of Lynn Lincoln Sarko to the United States District Court for the

Southern District of New York *pro hac vice* for purposes of this action, and the Court

having considered the Affidavit of Lynn Lincoln Sarko submitted in support thereof, and

for good cause shown,

IT IS ON this _____ day of _____, 2008,

ORDERED that:

1.     Lynn Lincoln Sarko is hereby granted admission *pro hac vice* to

the United States District Court for the Southern District of New York, for the purpose of

appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York;

      2.    Lynn Lincoln Sarko is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

      3.    Lynn Lincoln Sarko is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

STEPHEN GRAY, individually and on　　:
behalf of all others similarly situated,　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
CITIGROUP INC., CHARLES PRINCE,　:
THE PLANS ADMINISTRATIVE　　　　:
COMMITTEE OF CITIGROUP INC.,　　:
THE 401(k) INVESTMENT　　　　　　　:
COMMITTEE, and JOHN DOES 1 - 20,　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　:

**CERTIFICATE OF SERVICE**

Civil Action No: 07 Civ. 9790 (SHS)

------------------------------------------------------x

SHAUN ROSE, Individually and On　　:
Behalf of All Others Similarly Situated,　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
CITIGROUP INC., CHARLES PRINCE,　:
THE PLANS ADMINISTRATIVE　　　　:
COMMITTEE OF CITIGROUP INC.,　　:
THE 401(k) INVESTMENT　　　　　　　:
COMMITTEE, and JOHN DOES 1 - 10,　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　:

Civil Action No: 07 Civ. 10294

------------------------------------------------------x

MEREDITH TRANBERG, individually　:
and on behalf of all others similarly situated :
　　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
CITIGROUP INC., CHARLES PRINCE,　:
THE PLANS ADMINISTRATIVE　　　　:
COMMITTEE OF CITIGROUP INC.,　　:
THE 401(k) INVESTMENT　　　　　　　:
COMMITTEE, and JOHN DOES 1 - 20,　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　:

Civil Action No: 07 Civ. 10341

------------------------------------------------------x

```
-----------------------------------------------x
ANTON RAPPOLD, individually and on     :
behalf of all others similarly situated,   :
                                        :
              Plaintiff,                :       Civil Action No: 07 Civ. 10396
                                        :
v.                                      :
                                        :
CITIGROUP INC., CITIBANK, N.A.,        :
CHARLES PRINCE, THE PLANS             :
ADMINISTRATIVE COMMITTEE OF           :
CITIGROUP INC., THE 401(k)            :
INVESTMENT COMMITTEE, and JOHN        :
and JANE DOES 1 - 10,                  :
                                        :
              Defendants.              :
-----------------------------------------------x
SAMIER TADROS, on Behalf of All        :
Others Similarly Situated,             :
                                        :
              Plaintiff,                :       Civil Action No: 07 Civ. 10442
                                        :
v.                                      :
                                        :
CITIGROUP INC., CHARLES O.             :
PRINCE, C. MICHAEL ARMSTRONG,         :
ALAIN J.P. BELDA, GEORGE DAVID,       :
KENNETH T. DERR, JOHN M. DEUTCH,      :
 ROBERTO HERNANDEZ RAMIREZ,           :
ANN DIBBLE JORDAN, KLAUS              :
KLEINFELD, ANDREW N. LIVERIS,         :
ANNE MULCAHY, RICHARD D.              :
PARSONS, JUDITH RODIN, ROBERT E.      :
RUBIN, ROBERT E. RUBIN, FRANKLIN      :
A. THOMAS, JOHN DOES 1-20 (BEING      :
CURRENT AND FORMER MEMBERS            :
OF THE PLANS ADMINISTRATIVE           :
COMMITTEE OF CITIGROUP INC.)          :
and JOHN DOES 21-40 (BEING            :
CURRENT AND FORMER MEMBERS            :
OF THE INVESTMENT COMMITTEE           :
OF THE CITIGROUP INC. 401(K) PLAN),   :
                                        :
              Defendants.              :
-----------------------------------------------x
```

```
-----------------------------------------------------x
STEPHAN FIORINO, individually and on          :
behalf of all others similarly situated,      :
                                              :
              Plaintiff,                       :      Civil Action No: 07 Civ. 10458
                                              :
v.                                            :
                                              :
CITIGROUP INC., CITIBANK N.A.,                :
CHARLES PRINCE, THE PLANS                     :
ADMINISTRATIVE COMMITTEE OF                   :
CITIGROUP INC., THE 401(k)                    :
INVESTMENT COMMITTEE, and                     :
JOHN DOES 1 - 20,                             :
                                              :
              Defendants.                      :
-----------------------------------------------------x
JAMES BOLLA, individually and on behalf :
  of all others similarly situated,           :
                                              :
              Plaintiff,                       :      Civil Action No: 07 Civ. 10461
                                              :
v.                                            :
                                              :
CITIGROUP INC., CITIBANK N.A.,                :
CHARLES PRINCE, THE PLANS                     :
ADMINISTRATIVE COMMITTEE OF                   :
CITIGROUP INC., THE 401(k)                    :
INVESTMENT COMMITTEE, and                     :
JOHN DOES 1 - 20,                             :
                                              :
              Defendants.                      :
-----------------------------------------------------x
```

IMANAGE 327666.1 11980001

```
---------------------------------------------------x
MARK GEROULO, individually, on behalf :
of the CITIGROUP 401(k) Plan, the      :
CITIBUILDER 401 (K) PLAN FOR           :
PUERTO RICO, and all others similarly, :
                                       :
          Plaintiff,                   :          Civil Action No: 07 Civ. 10472
                                       :
v.                                     :
                                       :
CITIGROUP, INC., CITIBANK, N.A.,       :
THE PLAN ADMINISTRATIVE                :
COMMITTEE OF CITIGROUP, INC.,          :
MICHAEL E. SCHLEIN, JOHN DOES          :
1-10, THE CITIGROUP 401(k) PLAN        :
INVESTMENT COMMITTEE and JOHN          :
DOES 10-20, C. MICHAEL                 :
ARMSTRONG, ALAN J.P. BELDA,            :
GEORGE DAVID, KENNETH T. DERR,         :
JOHN M. DEUTCH, ROBERTO                :
HERNANDEZ, ANN DIBBLE JORDAN,          :
ANDREW N. LIVERIS, DUDLEY C.           :
MECUM, ANNE M. MULCAHY,                :
RICHARD D. PARSONS, ANDRALL E.         :
PEARSON, CHARLES PRINCE, JUDITH        :
RODIN, ROBERT E. RUBIN, FRANKLIN       :
A. THOMAS, SANFORD I. WEILL,           :
                                       :
          Defendants.                  :
---------------------------------------------------x
```

------------------------------------------------------x

ALAN STEVENS, on Behalf of Himself   :
and All Others Similarly Situated,       :

                                    :

          Plaintiff,          :      Civil Action No: 07 Civ. 11156

v.                                :

                                    :

CITIGROUP INC., CITIBANK, N.A,    :
CHARLES PRINCE, C. MICHAEL     :
ARMSTRONG, ALAIN J.P. BELDA,    :
GEORGE DAVID, KENNETH T. DERR, :
JOHN M. DEUTCH, PETER JOHNSON, :
ROBERTO HERNANDEZ RAMIREZ,   :
ANDREW N. LIVERIS, ANNE       :
MULCAHEY, RICHARD D. PARSONS,  :
JUDITH RODIN, ROBERT E. RUBIN,  :
ROBERT L. RYAN, FRANKLIN A.    :
THOMAS, THE PLANS          :
ADMINISTRATION COMMITTEE OF   :
CITIGROUP, INC., THE INVESTMENT  :
COMMITTEE and JOHN DOES 1-30,   :

                                    :

          Defendants.       :

------------------------------------------------------x

STEPHEN GOLDSTEIN, on Behalf of  :
Himself and a Class of Persons Similarly :
Situated,                      :

                                    :

          Plaintiff,          :      Civil Action No: 07 Civ. 11158

v.                                :

                                    :

CITIGROUP INC., THE PLANS     :
ADMINISTRATION COMMITTEE OF   :
CITIGROUP, INC., MICHAEL E.    :
SCHLEIN, CHARLES PRINCE, C.    :
MICHAEL ARMSTRONG, ALAIN J.P.  :
BELDA, GEORGE DAVID, KENNETH T. :
DERR, JOHN M. DEUTCH, ROBERTO  :
HERNANDEZ RAMIREZ, ANDREW N.  :
LIVERIS, ANNE MULCAHEY,      :
RICHARD D. PARSONS, JUDITH    :
RODIN, ROBERT E. RUBIN, ROBERT L. :
RYAN, AND FRANKLIN A. THOMAS,  :
And JOHN DOES 1-30,         :

                                    :

          Defendants.       :

```
-----------------------------------------------------x
CHRIS SOUTHARD, on Behalf of All          :
Others Similarly Situated,                :
                                          :
              Plaintiff,                  :      Civil Action No: 07 Civ. 11164
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES O.                :
PRINCE, C. MICHAEL ARMSTRONG,             :
ALAIN J.P. BELDA, GEORGE DAVID,           :
KENNETH T. DERR, JOHN M. DEUTCH,          :
ROBERTO HERNANDEZ RAMIREZ,                :
ANN DIBBLE JORDAN, KLAUS                  :
KLEINFELD, ANDREW N. LIVERIS,             :
ANNE MULCAHY, RICHARD D.                  :
PARSONS, JUDITH RODIN, ROBERT E.          :
RUBIN, ROBERT E. RUBIN, FRANKLIN          :
A. THOMAS, JOHN DOES 1-20 (BEING          :
CURRENT AND FORMER MEMBERS                :
OF THE PLANS ADMINISTRATIVE               :
COMMITTEE OF CITIGROUP INC.)              :
and JOHN DOES 21-40 (BEING                :
CURRENT AND FORMER MEMBERS                :
OF THE INVESTMENT COMMITTEE               :
OF THE CITIGROUP INC. 401(K) PLAN),       :
                                          :
              Defendants.                 :
-----------------------------------------------------
FRANCIA BRICK, individually and on        :
Behalf of all others similarly situated,
                                          :
                                                 :
              Plaintiff,                  :      Civil Action No: 07 Civ. 11369
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
THE PLAN'S ADMINISTRATIVE                 :
COMMITTEE OF CITIGROUP, INC.,             :
THE 401(k) INVESTMENT COMMITTEE,          :
And JOHN DOES 1-10,                       :
                                          :
              Defendants.                 :
-----------------------------------------------------
```

-------------------------------------------------------x

WILLIAM and PATRICIA WOODWARD, :
individually and on Behalf of All Others :
Similarly Situated, :
                     :
           Plaintiffs, :        Civil Action No: 07cv11207

v. :
                     :

CITIGROUP INC., CHARLES PRINCE, :
ROBERT E. RUBIN, C. MICHAEL :
ARMSTRONG, ALAIN J. P. BELDA, :
GEORGE DAVID, KENNETH T. DERR, :
JOHN M. DEUTCH, ROBERTO :
HERNANDEZ RAMIREZ, ANDREW N. :
LIVERIS, ANN MULCAHEY, RICHARD :
D. PARSONS, JUDITH RODIN, ROBERT :
L. RYAN, FRANKLIN A. THOMAS, ANN :
DIBBLE JORDAN, KLAUS KLEINFELD :
AND DUDLEY C. MECUM, and JOHN :
and JANE DOES 1-10, :
                     :

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.  On this 15th day of January, 2008, I caused true and accurante copies of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Declaration of Lynda J. Grant in Support of Motions to Admit Counsel *Pro Hac Vice*, Affidavit of Lynn Lincoln Sarko in Support of Motion to Admit Counsel *Pro Hac Vice* and the Certificate of Good Standing attached thereto, and Proposed Order for Admission *Pro Hac Vice* on Written Motion, via First-Class mail, upon the following counsel of record:

### Citigroup ERISA Litigation Service List

| **Attorneys for Defendants** | **Attorneys for Plaintiff Samier Tadros (07-cv-10442-SHS)** | |
|---|---|---|
| Lawrence B. Pedowitz, Esq.<br>John Lynch, Esq.<br>Bradley R. Wilson, Esq.<br>WATCHELL, LIPTON, ROSEN<br>   & KATZ LLP<br>51 West 52nd Street<br>New York, New York  10019-6150<br><br>Telephone:  212-403-1000<br>Fax:       212-403-2000 | Robert I. Harwood, Esq.<br>Jeffrey M. Norton, Esq.<br>HARWOOD, FEFFER LLP<br>488 Madison Avenue<br>New York, New York 10022<br><br>Telephone:  212-935-7400<br>Fax:       212-753-3630 | |
| **Attorneys for Plaintiff Anton Rappold (07-cv-10396-UA)** | **Attorneys for Plaintiff James Bolla (07-cv-10461-UA)** | |
| Susan Salvetti, Esq.<br>ZWWERLING, SCHACHTER &<br>ZWERLING LLP<br>41 Madison Avenue<br>New York, New York 10010<br><br>Telephone:  212-223-3900<br>Fax:       212-371-5969 | Ann D. White, Esq.<br>ANN D. WHITE LAW OFFICES P.C.<br>165 Township Line Rd, Ste. 2400<br>Jenkintown, PA 19046-3535<br><br>Telephone:  215-481-0273<br>Fax:       215-481-0271 | |

| | |
|---|---|
| **Attorneys for Plaintiff Meredith Tranberg (07-cv-10341-UA)**<br><br>Jeffrey Squire, Esq.<br>BRAGAR WEXLER & EAGEL, PC<br>885 Third Avenue, Suite 3040<br>New York, New York 10022<br><br>Telephone: 212-308-5858<br>Fax:       212-486-0462 | **Attorneys for Plaintiff Mark Geroulo (07-cv-10472-UA)**<br><br>Romen Sarraf, Esq.<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>485 Seventh Avenue, Suite 1005<br>New York, New York 10018<br><br>Telephone: 212-868-3610<br>Fax:       212-918-7967<br><br>Robert A. Izard, Esq.<br>SCHATZ NOBEL IZARD P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br><br>Telephone: 860-493-6292<br>Fax:       860-493-6290 |
| **Attorneys for Plaintiff Chris Southard (07-cv-11164)**<br><br>Thomas J. McKenna, Esq.<br>GAINEY & MCKENNA<br>295 Madison Avenue, 4th Floor<br>New York, New York 10017<br><br>Telephone: 212-983-1300<br>Fax:       212-983-0383 | **Attorneys for Plaintiff Alan Stevens (07-cv-11156)**<br><br>Lori G. Feldman, Esq.<br>Arvind B. Khurana, Esq.<br>MILBERG WEISS LLP<br>One Pennsylvania Plaza<br>New York, New York, 10019<br><br>Telephone: 212-594-5300<br>Fax;       212-868-1229 |
| **Attorneys for Plaintiff Stephen Gray (07-cv-9790-SHS)**<br><br>Marian P. Rosner, Esq.<br>Robert C. Finkel, Esq.<br>Andrew E. Lencyk, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br><br>Telephone: 212-759-4600<br>Fax:       212-486-2093 | **Attorneys for Plaintiff Steven Goldstein (07-cv-11158-UA)**<br><br>Edwin J. Mills, Esq.<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, New York 10017<br><br>Telephone: 212-687-7230<br>Fax:       212-490-2022 |

| Attorneys for Plaintiff William Woodward (07-cv-11207-UA) | Attorneys for Plaintiff Francia Brick (07-cv-11369-UA) |
|---|---|
| Bruce F. Finaldi<br>COHEN MILSTEIN HAUSFELD & TOLL (DC)<br>1100 New York Avenue, N.W., Suite 500W<br>Washington, DC 20005<br><br>Telephone:   202-408-4600<br>Fax:            202-408-4699 | William R. Weinstein<br>Steven L. Wittels<br>Jeremy Heisler<br>SANFORD WITTELS & HEISLER, LLP<br>950 Third Avenue, 10th Floor<br>New York, New York 10022<br><br>Telephone:  646-723-2947<br>Fax:            646-723-2948 |

_Theresa Graham_
Theresa Graham

3