UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP ERISA LITIGATION | Master File No.: 07-cv-9790 (SHS) (DCF) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Marc I. Machiz, counsel for plaintiffs William and Patricia Woodward, has changed his address, telephone number and facsimile number as follows:

> Marc I. Machiz
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 255 S. 17th Street, Suite 1307
> Philadelphia, PA  19103
> Telephone:  267-773-4682
> Facsimile:  267-773-4690
> Email:  mmachiz@cmht.com

Dated: September 11, 2008

                                                Respectfully submitted,

                                                _____/s/_____
                                                Marc I. Machiz (admitted pro hac vice)
                                                **COHEN, MILSTEIN, HAUSFELD**
                                                **& TOLL, P.L.L.C.**
                                                255 S. 17th Street, Suite 1307
                                                Philadelphia, PA  19103
                                                Telephone:  267-773-4682
                                                Facsimile:  267-773-4690'
                                                Email:  mmachiz@cmht.com

                                                *Counsel for Plaintiffs William and Patricia Woodward*

404169_1.DOC