**ORIGINAL**

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | DOCUMENT # 98 |
| Stephen Gray | Date: **October 30, 2009** |
| v. | U.S.C.A.# **09-3804-cv** |
| Citigroup Inc., et al. | U.S.D.C.# **07-cv-9790** |
| | D.C. JUDGE: **Sidney H. Stein** |

## Notice To The Docket Clerk

( ) Original Record           (xxx) 1st Supplemental Record

The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 30th day of October, 2009.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Date: <u>October 30, 2009</u>

**Stephen Gray**

U.S.C.A.# <u>09-3804-cv</u>

v.

U.S.D.C.# <u>07-cv-9790</u>

Citigroup Inc., et al.

D.C. JUDGE: <u>Sidney H. Stein</u>

### 1ST SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| **Prepared by (Name)** | Pablo Rolon |
| **Firms name:** | Counsel Press LLC |
| | c/o HARWOOD FEFFER LLP |
| **Firms address:** | 520 Eighth Avenue, 8th Floor |
| | New York, New York 10018 |
| **Firms Phone Number:** | 212-685-9800 |

**DISTRICT COURT DOCKET ENTRIES**
**DOCUMENT DESCRIPTION**                                    **DOC.#**

1) Transcript                                                70
2) Transcript                                                71
3) Transcript                                                72
4) Transcript                                                75
5) Transcript                                                92
6) Transcript                                                93

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>October 30, 2009</u> |
| Stephen Gray | U.S.C.A.# <u>09-3804-cv</u> |
| v. | U.S.D.C.# <u>07-cv-9790</u> |
| Citigroup Inc., et al. | D.C. JUDGE: <u>Sidney H. Stein</u> |

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 03/12/2008 | Transcript |
| 03/13/2008 | Transcript |
| 03/13/2008 | Transcript |
| 09/15/2008 | Transcript |
| 04/30/2009 | Transcript |
| 05/12/2009 | Transcript |

J. Michael McMahon, Clerk

By: _____
       Deputy Clerk

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>October 30, 2009</u> |
| Stephen Gray | U.S.C.A.# <u>09-3804-cv</u> |
| v. | U.S.D.C.# <u>07-cv-9790</u> |
| Citigroup Inc., et al. | D.C. JUDGE: <u>Sidney H. Stein</u> |

## 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered <u>1</u> Through <u>97</u>, inclusive, constitutes the 1st supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 30th Day of October In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 234th year.

J. Michael McMahon

By _____
Deputy Clerk